UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINESON CURTIS ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTION AND REHABILITATION,<br><br>    Defendant. | Case No. 18-cv-00914-JD<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. No. 2 |

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations regarding the transport van at his facility. Plaintiff is incarcerated in the California Health Care Facility in Stockton, CA. This facility is located in within the venue of the United States District Court for the Eastern District of California. Plaintiff has recently filed three other cases in the Eastern District regarding his confinement at the California Health Care Facility. *See* Case Nos. 17-cv-1772-MCE-EFB; 17-cv-1817-MCE-EFB; and 17-cv-2715-EFB. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis (Docket No. 2) which is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 21, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RINESON CURTIS ADAMS,

    Plaintiff,

v.

DEPARTMENT OF CORRECTION AND REHABILITATION,

    Defendant.

Case No. 18-cv-00914-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 21, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rineson Curtis Adams ID: A24183
P. O. Box 32050
Stockton, CA 95213

Dated: June 21, 2018

    Susan Y. Soong
    Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO